**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date: **11/14/2024**

**Mathis**
Vs.
**Planet Home Lending, LLC**

Start Time: **10:05am**   End Time: **10:30am**
Recess (if more than ½ hr) _____ to _____
Total Time ___ hour(s) **25** minute(s)

Case #: **3:24-cv-00127-KAD**
Honorable Judge: **Kari A. Dooley**
Deputy Clerk: **Kristen Gould**
Counsel for Pla(s): **Mason A. Barney**
Counsel for Dft(s): **Marc Shapiro, Jeremiah S. Buckley**
Reporter/ECRO/Courtsmart: **Tracy Gow**
Interpreter: _____ Language _____
Hearing held: ✔ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

■ Motion **for final approval of settlement\*** filed by ■ Pla ☐ Dft  ■ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

**\*Separate order to enter**

Rev. 3/21/24